(32 Misc. Rep. 647.)

NAUL et al. v. NAUL et al.

(Supreme Court, Trial Term, Kings County. November, 1900.)

APPEAL AND ERROR—AMENDMENT OF RECORD—STRIKING OUT EXCEPTIONS.

Where plaintiffs have prevailed on the trial, and the appeal is from an order granting defendants a new trial on the minutes, exceptions taken by plaintiffs on the trial to the admission and exclusion of evidence may be stricken out.

Action by Eliza Walker Naul and others against Henry S. Naul and others. Settlement of case on appeal from an order of the trial judge setting aside a verdict for plaintiffs, and granting a new trial on the judge's minutes.

George H. Culver, for plaintiffs.
James C. Church, for defendants.

GAYNOR, J. The proposed amendments of the defendants (respondents) striking out the statement of the exceptions taken by the plaintiffs (appellants) on the trial to the admission or exclusion of evidence are allowed. The plaintiffs having prevailed on the trial, their exceptions are now of no use, and the statements of them in the appeal record would be mere verbiage. The motion on the minutes by the defendants for a new trial was granted, and this is an appeal from that order. The case must contain all of the evidence, and any exceptions by the defendants which they may deem important, as the motion may have been granted on such exceptions. But it could not have been granted on the plaintiffs' exceptions.

Case settled accordingly.